IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DAVID PENA,** | § | |
| Plaintiff, | § | CA No. 4:15-cv-00496 |
| v. | § | |
| | § | |
| **LONE STAR RV SALES, INC.,** | § | JURY DEMANDED |
| Defendant. | § | |
| | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO:  Defendant, Lone Star RV Sales by and through its attorney of record, Mr. Robert C. Rice, 1010 Lamar, Suite 1530, Houston, Texas 77002

Plaintiff states that the following are those with financial interest in the outcome of the litigation:

Mr. David Pena
C/O Gregg M. Rosenberg
ROSENBERG & SPROVACH
3518 Travis, Suite 200
Houston, Texas 77002
Telephone: (713) 960-8300
Facsimile: (713) 621-6670

Mr. Gregg M. Rosenberg
Rosenberg & Sprovach
3518 Travis, Suite 200
Houston, Texas 77002
Tel: (713) 960-8300
Fax: (713) 621-6670

Lone Star RV Sales, Inc.
C/O Mr. Robert C. Rice
1010 Lamar, Suite 1530
Houston, Texas 77002

Respectfully Submitted,

*/s/ Gregg M. Rosenberg*
Gregg M. Rosenberg
USDC SD/TX No. 7325
Texas State Bar ID 17268750
ROSENBERG & SPROVACH
3518 Travis, Suite 200
Houston, Texas 77002
(713) 960-8300
(713) 621-6670 (Facsimile)
Attorney-in-Charge for Plaintiff

OF COUNSEL:
ROSENBERG & SPROVACH                              ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this document on:

      Robert C. Rice
      1010 Lamar, Suite 1530
      Houston, Texas 77002

by means of the ECF electronic filing system on the 11th day of March 2015.

*/s/ Gregg M. Rosenberg*
Gregg M. Rosenberg

Plaintiff's Certificate of Interested Parties